# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JIMMIE CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1977 CDP |
| | ) | |
| DAVE DORMIRE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for temporary restraining order. The motion will be denied.

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with the motion for TRO on November 27, 2007. Ground One of the petition and the motion for TRO both complain of petitioner's conditions of confinement at Jefferson City Correctional Center. Conditions of confinement are not the proper subject of a § 2254 petition, which may be brought "*only on the ground* that [petitioner] is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a) (emphasis added). If plaintiff wishes to bring an action alleging unconstitutional conditions of confinement, he may do so in an action under 42 U.S.C. § 1983.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for temporary restraining order is **DENIED**.

Dated this 29th day of November, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE