# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JIMMIE D. CAMPBELL, | ) |
| Petitioner, | ) |
| v. | ) No. 4:07CV1977 CDP |
| DAVE DORMIRE, | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**. Rule 4 of the Rules Governing § 2254 Cases.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability. 28 U.S.C. § 2253.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 7th day of January, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE